The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-70 RAJ |
| Plaintiff, | |
| v. | DEFENDANT'S TRIAL BRIEF |
| ROMAN SELEZNEV, | TRIAL DATE: AUGUST 15, 2016 |
| Defendant | |

Defendant Roman Seleznev raised all of the defense pretrial issues in his motions in limine. Dkt. # 364. It does appear, however, that the Government's Trial Brief raises numerous new issues not fully addressed by the defense in previous pleadings. See Dkt. # 370.

The defense will submit a response to the Government's Trial Brief along with the defense responses to the Government's Motions in Limine to assist the Court in determining the position of the parties prior to any hearing on these matters.

DATED this 25th day of July, 2016.

Respectfully submitted,
s/ *John Henry Browne*
JOHN HENRY BROWNE, WSBA #4677

s/ *Emma C. Scanlan*
EMMA C. SCANLAN, WSBA #37835
LAW OFFICES OF JOHN HENRY BROWNE, PS
Attorneys for Roman Seleznev

DEFENDANT'S TRIAL BRIEF
(CR11-70 RAJ) - 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
PHONE: 206.388.0777 | FAX: 206.388.0780

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of filing to all registered parties.

                                             *s/Emma C. Scanlan*
                                             Emma C. Scanlan, WSBA #37835

DEFENDANT'S TRIAL BRIEF
(CR11-70 RAJ) - 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
PHONE: 206.388.0777 | FAX: 206.388.0780